IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

JAMES ALAN FARROW,

           Petitioner,

v.                                                                                           No. 23-CV-158-JFH-GLJ

STEVEN HARPE,

           Respondent.

## OPINION AND ORDER

Petitioner has filed a motion requesting the Court to appoint counsel. Dkt. No. 8. He bears the burden of convincing the Court that his claim has sufficient merit to warrant such appointment. *McCarthy v. Weinberg*, 753 F.2d 836, 838 (10th Cir. 1985) (citing *United States v. Masters*, 484 F.2d 1251, 1253 (10th Cir. 1973)). The Court has carefully reviewed the merits of Petitioner's claims, the nature of factual issues raised in his allegations, and his ability to investigate crucial facts. *McCarthy*, 753 F.2d at 838 (citing *Maclin v. Freake*, 650 F.2d 885, 887-88 (7th Cir. 1981)). After considering Petitioner's ability to present his claims and the complexity of the legal issues raised by the claims, the Court finds that appointment of counsel is not warranted. *See Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991); *see also Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995).

IT IS THEREFORE ORDERED that Petitioner's motion for appointment of counsel [Dkt. No. 8] is DENIED.

Dated this 13th day of July 2023.

                                                                                       _____
                                                                                       JOHN F. HEIL, III
                                                                                       UNITED STATES DISTRICT JUDGE